1   NICOLA T. HANNA
    United States Attorney
2   DAVID M. HARRIS
3   Assistant United States Attorney
    Chief, Civil Division
4   FRANCESCO P. BENAVIDES, CSBN 258924
5   Special Assistant United States Attorney
6       Social Security Administration
        160 Spear St., Suite 800
7       San Francisco, CA  94105
8       Telephone:  (415) 977-8978
        Facsimile:  (415) 744-0134
9       Email:  Francesco.Benavides@ssa.gov
10  Attorneys for Defendant

11              UNITED STATES DISTRICT COURT
12           CENTRAL DISTRICT OF CALIFORNIA
13                   WESTERN DIVISION

14  DEBRA ANN KOPEL,                )  Case No. 2:19-cv-05799-~~MWF~~-E
15                                  )
16          Plaintiff,              )  [~~PROPOSED~~] JUDGMENT OF
                                    )  REMAND
17          v.                      )
18                                  )
19  ANDREW SAUL,                    )
    Commissioner of Social Security,)
20                                  )
21          Defendant.              )
                                    )

22          The Court having approved the parties' Stipulation to Voluntary Remand

23  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

24  ("Stipulation to Remand") lodged concurrent with the lodging of the within

25  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

26  **DECREED** that the above-captioned action is remanded to the Commissioner of

27  Social Security for further proceedings consistent with the Stipulation to Remand.

28  DATED:  _12/5/19_

                              _____
                              HON. CHARLES F. EICK
                              UNITED STATES MAGISTRATE JUDGE

                                     -1-